# Court of Appeals
# of the State of Georgia

ATLANTA, March 15, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1037, A22A1038, A22A1039.  ADRIAN DUDLEY v. THE STATE (three cases).**

Adrian Dudley, who is facing murder charges, filed multiple pro se motions in the trial court. On December 14, 2021, the trial court entered an order denying Dudley's motions to suppress. On December 15, 2021, the trial court entered a second order denying or dismissing additional motions. Dudley has filed three notices of appeal from the two orders.[1] We, however, lack jurisdiction.

The Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crime of murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (c), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer to the Supreme Court "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder, and all pre-conviction appeals in murder cases"). Accordingly, these direct appeals are hereby TRANSFERRED to the Supreme Court for disposition.

---

[1] Dudley also filed an application for discretionary appeal from the trial court's December 14, 2021, order, which we transferred to the Supreme Court. See Case No. A22D0235 (Feb. 2, 2022).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/15/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*